# EXHIBIT B TO SITCHON DECLARATION



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the Artist's 9/5/25 Madison Square Garden concert in New York, New York.



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the
Artist's 9/5/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the Artist's 9/5/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the
Artist's 9/5/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the Artist's 9/5/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the Artist's 9/5/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the
Artist's 9/5/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the Artist's 9/5/25 Madison Square Garden concert in New York, New York



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the Artist's 9/10/25 State Farm Arena concert in Atlanta, Georgia



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the
Artist's 9/10/25 State Farm Arena concert in Atlanta, Georgia



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the Artist's 9/10/25 State Farm Arena concert in Atlanta, Georgia



Defendant Bootlegger Selling Infringing BENSON BOONE Merchandise at the Artist's 9/10/25 State Farm Arena concert in Atlanta, Georgia